970 A.2d 1039

IN THE MATTER OF MARC M. ORLOW, AN ATTORNEY AT LAW.

June 1, 2009.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **MARC M. ORLOW,** of **CHERRY HILL,** was admitted to the bar of this State in 1993, and who was suspended from the practice of law for a period of three months, effective February 13, 2009, by Order of this Court filed March 3, 2009, be restored to the practice of law, effective immediately.